USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

Applicant's Name: Robert C. Brock

Firm Name: Rushton, Stakely, Johnston & Garrett, P.A.

Address: Post Office Box 270

City/State/Zip: Montgomery, AL 36101

Telephone/Fax: (334) 206-3100/(334) 481-0801

Email Address: rcb@rsjg.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: March 14, 2008

New York, New York

*So ordered*

John F. Keenan
United States District Judge

00236730_1.DOC

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3600

## CERTIFICATE OF GOOD STANDING

I, **DEBRA P. HACKETT**, Clerk of the United States District Court, Middle District of Alabama,

**DO HEREBY CERTIFY** that **Robert Carmichael Brock** was duly admitted to practice in said Court on **October 1, 1984** and is in good standing as a member of the bar of said Court.

Dated at Montgomery, Alabama, on March 4, 2008.

**DEBRA P. HACKETT, CLERK**

By: _____
Deputy Clerk

